UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARTINA CAMPBELL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 3:23-cv-00057-SDD-SDJ |
| | * | |
| WALMART, INC., D/B/A WALMART SUPERCENTER | * | JURY TRIAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION TO DISMISS WITH PREJUDICE

**ON MOTION** of plaintiff, Martina Campbell, and defendant, Walmart Inc., appearing herein through undersigned counsel of record, and on suggesting to the Court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
ROBERT L. CAMPBELL (#27986)
WILLIAMSON, CAMPBELL &
   WHITTINGTON, LLC
955 McClung Street
Baton Rouge, LA 70802
Telephone. (225) 383-4010
Fax No.:    (225) 383-4114
Email: Robb@lawyerbatonrouge.com
**ATTORNEY FOR PLAINTIFF**

_____
ISIDRO RENE DEROJAS (#18182)
CHRISTOPHER JAMES-LOMAX (#37174)
McCRANIE, SISTRUNK, ANZELMO,
   HARDY, McDANIEL & WELCH, LLC
909 Poydras Street, Suite 1000
New Orleans, LA  70112
Telephone: (504) 831-0946
Fax No.:    (800) 977-8810
Email: ird@mcsalaw.com
**ATTORNEYS FOR DEFENDANT**